**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| John M. Rice, | ) | |
| | ) | |
| Plaintiff, | ) | No. CV-06-1931-PHX-EHC |
| | ) | |
| vs. | ) | |
| | ) | ORDER OF REASSIGNMENT |
| Cabela's Retail, Inc., et al., | ) | |
| | ) | |
| Defendants. | ) | |

The Clerk of the Clerk having mistakenly assigned this action to the undersigned Judge,

IT IS ORDERED that this matter is reassigned by automated random selection to the Honorable Earl H. Carroll for all further proceedings.

IT IS FURTHER ORDERED that all future documents filed and/or served in this action shall be captioned with case number CV-06-1931-PHX-EHC.

DATED this 9th day of August, 2006.

Paul G. Rosenblatt
United States District Judge